# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WENDELL RIELS,<br><br>              Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, et al.,<br><br>              Defendants. | Case No. 1:12-cv-01314-LJO-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 5<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Lee Wendell Riels ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  On August 17, 2012, the Court ordered Plaintiff to either file an in forma pauperis application or pay the filing fee within forty-five days.  ECF No. 5.  As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** why this action should not be dismissed for failure to obey a court order.  If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **October 16, 2012**               /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

1