# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WENDELL RIELS, | Case No. 1:12-cv-01314-LJO-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | ECF No. 5 |
| KATHLEEN ALLISON, et al., | RESPONSE DUE WITHIN TWENTY-ONE DAYS |
| Defendants. | |

Plaintiff Lee Wendell Riels ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On August 17, 2012, the Court ordered Plaintiff to either file an in forma pauperis application or pay the filing fee within forty-five days. ECF No. 5. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** why this action should not be dismissed for failure to obey a court order. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court order.

IT IS SO ORDERED.

Dated: **October 16, 2012**   /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1