# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WENDELL RIELS,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:12-cv-01314-LJO-DLB PC<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS** (ECF No. 17)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO AMEND**<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Lee Wendell Riels ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his Complaint on August 13, 2012. On April 8, 2013, the undersigned issued Findings and Recommendations, recommending dismissal of the action with prejudice for failure to state a claim. ECF No. 17. On May 17, 2013, Plaintiff filed Objections.

Plaintiff requests that he be granted leave to file a First Amended Complaint. ECF No. 22. Plaintiff has not yet filed a First Amended Complaint. Plaintiff may amend once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, the undersigned will vacate the Findings and Recommendations and grant Plaintiff an opportunity to file an amended complaint. Plaintiff's amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights. *See Iqbal*, 556 U.S. at 678. Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to

1

relief above the speculative level . . . ." *Twombly*, 550 U.S. at 555.

Finally, Plaintiff is advised that an amended complaint supersedes the original complaint, *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) *overruled in part on other grounds*, *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. Aug. 29, 2012) (en banc); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," L. R. 220.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, issued April 8, 2013, are vacated;
2. Plaintiff is granted thirty (30) days from the date of service of this order by which to file his First Amended Complaint; and
3. If Plaintiff fails to comply with this order, the Court will re-issue the Findings and Recommendations recommending dismissal of the action with prejudice for failure to state a claim.
4. 

IT IS SO ORDERED.

Dated: **May 29, 2013**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

6.
7.